**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL BIRCHETT, JR., et al.,

    Plaintiffs,

v.                                                  Case No. 07-CV-12939-DT

APARTMENT INVESTMENT AND
MANAGEMENT COMPANY, et al.,

    Defendants.
                                                      /

**ORDER SCHEDULING TELEPHONE CONFERENCE**

On March 20, 2008, the court conducted a telephone conference in the above-captioned matter. During the conference, the parties informed the court that they would be mediating the case on April 28, 2008. The court agreed to delay issuance of a formal scheduling order until after mediation is completed.[1] Accordingly,

IT IS ORDERED that the court will conduct a telephonic scheduling conference on **May 12, 2008 at 2:00 p.m.** The court will initiate the call.

                                                   S/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: March 21, 2008

---

[1] In the meantime, the court anticipates that Plaintiffs' counsel will soon be filing a motion to withdraw as counsel as to those Plaintiffs who have been noncommunicative. The court expects the motion to include appropriate cautionary language that their continued failure to prosecute may result in a dismissal under Eastern District of Michigan Local Rule 41.2.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 21, 2008, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\07-12939.BIRCHETT.MayTeleConf.wpd

2