**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL BIRCHETT, JR., et al.,

    Plaintiffs,

v.                                    Case No. 07-CV-12939-DT

APARTMENT INVESTMENT AND
MANAGEMENT COMPANY, et al.,

    Defendants.

                                   /

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND GRANTING
PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**

Before the court are two motions: (1) Defendants' "Motion to Dismiss *Pro Se* Plaintiffs for Failure to Prosecute" and (2) a motion to withdraw as counsel for Plaintiff Shawn Fleming, filed by Cohen, Milstein, Hausfeld & Toll, P.L.L.C. and Steve Siegel Hanson LLP. Both motions were filed August 4, 2008. The deadline for filing a response to either motion has long-since passed, and no opposition briefs have been filed. *See* E.D. Mich. LR 7.1. The court has reviewed the two unopposed motions and the supporting affidavit, and finds that the requested relief is appropriate.[1] Accordingly,

IT IS ORDERED that Defendants "Motion to Dismiss *Pro Se* Plaintiffs for Failure to Prosecute" [Dkt. # 33] is GRANTED and Plaintiffs Joseph Antonelli, Frederick Leeper, Craig Blake, Stephen Lukaswewycz, Roger Gagnon, Donald McAtee, Raven Germain,

---

[1]Although the court does not typically grant motions to withdraw as counsel without a stipulation of substitute counsel, under the circumstances, the court finds that withdrawal is appropriate. Counsel avers that, despite repeated efforts to contact Plaintiff Fleming, Plaintiff has failed to respond to counsel's many efforts. Counsel has certain ethical responsibilities to the client and the court which, quite simply, cannot be fulfilled if Plaintiff refuses to communicate with his attorney.

Albert Horton, Jr., Cornell Johnson, Matthew Moore, James Tabor, Joseph Tatum, Steven Wenzel and Douglas Wilkins are DISMISSED with prejudice and without costs or fees.

IT IS FURTHER ORDERED that Plaintiffs' counsel Cohen, Milstein, Hausfeld & Toll, P.L.L.C. and Stueve Siegel Hanson LLP's motion to withdraw as counsel for Plaintiff Fleming [Dkt # 34] is GRANTED.

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: October 14, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2008, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522